United States District Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §    CRIMINAL NO. 4:22-CR-630 |
| | § |
| JOSHUA BATTS, | § |
| Defendant | § |

### O R D E R

Upon the motion of the United States, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, it is hereby **ORDERED** that Count One of the Felony Indictment in the above styled case be dismissed without prejudice against defendant, Joshua Batts.

Entered this ___2nd___ day of ___May___, 2023.

_____
**UNITED STATES DISTRICT JUDGE**